IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ) CRIMINAL NO. 1:01CR 10198-NG
)
        v. ) VIOLATIONS: 18 U.S.C. 371
) (Conspiracy to Make a
LEO V. FELTON ) Destructive Device); 18 U.S.C.
ERICA CHASE ) 844(d)(Attempted Receipt of
) Explosives with Intent to
) Injure); 18 U.S.C. 924(c)
) (Possession of Firearm During
) and in Relation to Crime of
) Violence); 18 U.S.C.
) 922(g)(1)(Felon in Possession
) of Firearm); 18 U.S.C. 471
) (Counterfeiting); 18 U.S.C.
) 472 (Passing Counterfeit
) Currency); 18 U.S.C. 371
) (Conspiracy to Obstruct
) Justice); 18 USC 1512(b)(2)(B)
) (Obstruction of Justice)

SUPERSEDING INDICTMENT

COUNT ONE: 18 U.S.C. § 371  - CONSPIRACY TO MAKE AND POSSESS A
DESTRUCTIVE DEVICE

The Grand Jury charges that:

1.   At times material to this indictment, the defendant

LEO V. FELTON was a member of a self-described Aryan Order known

as the White Order of Thule and advocated violent action as a way

of advancing a white power agenda to rid the United States of a

multi-racial society and its perceived Jewish influence.

2.   At times material to this indictment, the defendant

ERICA CHASE believed in the coming of, and necessity for, a

**DOCKETED**



"racial holy war."

3.    At times material to this indictment, defendants LEO V. FELTON and ERICA CHASE belonged to a small, self-described "cell" that resorted to planning and perpetrating criminal activities to finance and advance their "cause."

4.    From a date uncertain but at least from March, 2000 up to and including the present, in New Jersey, Pennsylvania, Indiana, Boston and Ipswich, within the District of Massachusetts, the defendants

**LEO V. FELTON**
**and**
**ERICA CHASE**

did willfully conspire and agree with each other and others, both known and unknown to the grand jury, to knowingly make and possess a destructive device, as that term is defined in Title 26, United States Code Section 5845, which is not registered to them in the National Firearms Registration and Transfer Record, which constitutes violations of Title 26, United States Code, Sections 5822, 5841, and 5861 (d) and (f).

**THE UNLAWFUL OBJECT AND MANNER AND MEANS OF THE CONSPIRACY**

5.    It was the overall object and plan of the conspiracy to construct a destructive device for use in blowing up some structure, building, property, or memorial with some perceived Jewish and/or African-American association in order to advance their "cause" and ignite a "racial war."

2

6.    It was further part of the plan for the defendants to
assume new identities to avoid detection and apprehension for
carrying out their plan.

## OVERT ACTS

7.    In furtherance of the conspiracy and to accomplish its
objectives, the defendants and other co-conspirators committed,
among others, the following overt acts, some within the District
of Massachusetts:

(1)   In April, 2000, through a co-conspirator who
was a fellow inmate of defendant LEO V. FELTON at a New Jersey
prison, defendant ERICA CHASE began corresponding with FELTON.

(2)   In October, 2000, in anticipation of his
release from prison in three months, defendant LEO V. FELTON
wrote a letter to defendant ERICA CHASE in Indiana telling her
that "before too long, I will be dropping off the face of the
earth to participate in the historical process, at which time all
ties to my past and current life (i.e., all means by which our
enemy can track me) will be cut."

(3)   In November, 2000, defendant LEO V. FELTON wrote
a letter to defendant ERICA CHASE in Indiana, asking her how she
"would feel about doing something that can't be committed to
paper or talked about on the phone. . . .something political."

(4)   At the end of January, 2001, defendant LEO V.
FELTON moved to an apartment in Ipswich, Massachusetts and

3

continued to communicate by mail and telephone with defendant
ERICA CHASE in Indiana.

(5)  In the period January through March, 2001,
defendant LEO V. FELTON acquired several books relating to how to
assume a new identity, how to make explosives, how to conduct
terrorist actions, and how to make silencers.

(6)  In February, 2001, a co-conspirator wrote a letter
to defendant LEO V. FELTON commenting on FELTON's plan for a
"museum," and telling him to "plan well and be careful . . . Many
'dry runs.'!"

(7)  In mid to late, March, 2001, defendant LEO V.
FELTON sent counterfeit currency which he had made on his
computer to defendant ERICA CHASE in Indiana, in part, to pay for
her expenses to drive to Boston to join him.

(8)  In mid to late March, 2001, defendant ERICA CHASE
purchased a handgun in Indiana to bring to Boston to assist in
carrying out their plan.

(9)  In early April, 2001, defendant LEO V. FELTON
leased an apartment on Salem Street in Boston for he and
defendant ERICA CHASE to share and begin carrying out their plan.

(10) Defendant ERICA CHASE drove to the Boston area on
or about April 8, 2001, and brought with her a handgun which she
had obtained in Indiana.

(11) On a date uncertain defendant LEO V. FELTON copied

4

in his notebook the recipes for "AN-al" and "ANFO," explosives
that contain ammonium nitrate as one its components, and wrote
"OKC" and a ratio of the fuel/gas mixture with ammonium nitrate.

(12) Sometime during the week of April 15, 2001, one
of the conspirators cut out a news clipping concerning an
upcoming service to be held at the New England Holocaust Memorial
near Faneuil Hall in Boston.

(13) On April 16, 2001, defendant LEO V. FELTON
purchased a 50 lb. bag of ammonium nitrate and brought it to the
apartment on Salem Street.

(14) In mid-April, 2001, defendants LEO V. FELTON and
ERICA CHASE purchased a Procter Silex coffee maker and, at the
apartment on Salem Street, removed its wiring, including the
timing and heating elements.

(15) On April 17, 2001, defendant LEO V. FELTON
purchased and ordered from Fire Quest International, Inc., El
Dorado, Arkansas, ten "bird bombs," which are card board tubes
with an explosive mixture and fuse, and which can be used in the
fusing and firing train of an explosive device.

(16) After defendants LEO V. FELTON and ERICA CHASE
were arrested on local counterfeiting charges on April 19, 2001,
defendant CHASE contacted a friend and instructed her to remove
from the apartment and discard, among other things, the bag which
contained ammonium nitrate and the wirings which had been removed

from the coffee maker.

        All in violation of Title 18, United States Code, Section
371.

COUNT TWO: 18 U.S.C. § 844(d) - RECEIPT OF EXPLOSIVES WITH INTENT
            TO USE TO KILL OR INJURE PERSONS OR DAMAGE PROPERTY

The Grand Jury further charges that:

8.    The allegations contained in Paragraphs 1 through 7 of the indictment are realleged and incorporated herein.

9.    On or about the April 17, 2001, in Ipswich, within the District of Massachusetts, and in Arkansas, the defendant

LEO V. FELTON

caused to be transported and attempted to receive in interstate commerce, explosive materials, that is, ten (10) cardboard tubes with a fuse, containing perchlorate explosive mixture and labeled "Pest Control Report 2000," with knowledge and intent that said explosive materials would be used in constructing an explosive device to kill and injure persons and to unlawfully damage and destroy a building and real property.


All in violation of Title 18, United States Code, Section 844(d).

<u>COUNT THREE</u>: 18 U.S.C. § 924(c) - POSSESSION OF A FIREARM DURING
AND IN RELATION TO A CRIME OF VIOLENCE

The Grand Jury further charges that:

10.   The allegations contained in Paragraphs 1 through 7 of
the indictment are realleged and incorporated herein.

11.   From a date uncertain but at least from on or about
April 9 through April 21, 2001, the defendants

**LEO V. FELTON**
**and**
**ERICA CHASE**

during and in relation to a crime of violence, to wit: conspiracy

to make and possess a destructive device in violation of Title

18, United States Code, Section 371, as charged in Count One of

this indictment, did knowingly possess a firearm, that is, an

Iberia Model 40 Smith & Wesson semi-automatic pistol, bearing

serial number 130358, in furtherance of said crime of violence as

charged in Count One of this indictment.


All in violation of Title 18, United States Code, Sections

924(c)(1)(A) and 2.


8

<u>COUNT FOUR</u>:   **18 U.S.C. § 922(g)(1)- FELON IN POSSESSION OF FIREARM**

The Grand Jury further charges that:

12.   On or about divers dates between April 9th and April 19, 2001, at Boston, in the District of Massachusetts, the defendant

**LEO V. FELTON**

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an Iberia Model 40 Smith & Wesson semi-automatic pistol, bearing serial number 130358.

All in violation of Title 18, United States Code, Section 922(g)(1).

9

**COUNT FIVE**: 18 U.S.C. § 922(g)(1)- FELON IN POSSESSION OF
FIREARM

The Grand Jury further charges that:

13.  On or about divers dates between late January, 2001 and
March, 2001, at Ipswich, in the District of Massachusetts, the
defendant

**LEO V. FELTON**

having previously been convicted in a court of a crime punishable
by imprisonment for a term exceeding one year, did knowingly
possess, in and affecting commerce, a firearm, to wit: a Smith &
Wesson Model 642 .38 caliber revolver, bearing serial number CAT
6034.

All in violation of Title 18, United States Code, Section
922(g)(1).

10

<u>**COUNT SIX**</u> **- 18 U.S.C. § 371 - CONSPIRACY TO MAKE AND PASS**
**COUNTERFEIT FEDERAL RESERVE NOTES**

The Grand Jury further charges that:

14.   From a date uncertain, but at least from March, 2001
up to and including April 27, 2001, in Boston, Ipswich, Danvers,
Revere, Peabody and elsewhere within the District of
Massachusetts and elsewhere, the defendants

**LEO V. FELTON**
**and**
**ERICA CHASE**

did willfully conspire and agree with each other and others, both
known and unknown to the grand jury, with intent to defraud, to
counterfeit and falsely make obligations of the United States,
that is, falsely made and counterfeited twenty-dollar and fifty
dollar Federal Reserve Notes, and to pass and utter the same,
which constitute violations of Title 18, United States Code,
Sections 471 and 472.

**OVERT ACTS**

15.   In furtherance of the conspiracy and to accomplish
its objectives, the defendants committed, among others, the
following overt acts within the District of Massachusetts:

(a)   On or about March 5, 2001, defendant LEO V. FELTON
purchased Adobe Photoshop 6.0 computer software to assist in the
making of counterfeit currency.

(b)   In mid or late March, 2001, defendant LEO V.

FELTON sent a package of counterfeit currency which he had made on his computer to defendant ERICA CHASE.

(c)  In early April, 2001, defendant LEO V. FELTON moved into the apartment on Salem Street in Boston resume paper, paper cutters and software for use in making counterfeit currency on a computer.

(d)  On or about April 7-8, 2001, at various commercial establishments between Indiana and New England, defendant ERICA CHASE passed counterfeit currency to pay for travel expenses.

(e)  On or about April 12, 2001, at a Wendy's on Summer Street in Boston, the defendants passed a counterfeit $50 bill.

(f)  On or about April 17, 2001, defendant LEO V. FELTON passed a counterfeit $50 bill at Staples at the Liberty Tree Mall in Danvers.

(g)  On or about April 17 through April 19, 2001, the defendants ERICA CHASE and LEO V. FELTON passed and attempted to pass counterfeit $20 and $50 bills at various locations in the Liberty Tree Mall in Danvers,  North Shore Mall in Peabody, and Staples in Revere.

(h)  On or about April 19, 2001, defendant ERICA CHASE attempted to pass a counterfeit $20 bill at a Dunkin Donuts in East Boston.

All in violation of Title 18, United States Code, Section 371.

12

**COUNT SEVEN: 18 U.S.C. § 471 - MAKING COUNTERFEIT FEDERAL RESERVE NOTES**

The Grand Jury further charges that:

16.   The allegations of Paragraphs 14 and 15 are realleged and incorporated herein.

17.   In and around March and April, 2001, in Ipswich and Boston within the District of Massachusetts, the defendants

**LEO V. FELTON**
**and**
**ERICA CHASE**

aiding and abetting each other, with intent to defraud, did counterfeit and falsely make obligations of the United States, that is, falsely made and counterfeited twenty-dollar and fifty dollar Federal Reserve Notes.

All in violation of Title 18 United States Code, Sections 471 and 2.

13

**COUNT EIGHT** - 18 U.S.C. § 371 - CONSPIRACY TO OBSTRUCT JUSTICE

The Grand Jury further charges that:

18.   The allegations contained in Paragraphs 1 through 17 of this indictment are realleged and incorporated herein.

19.   From on or about April 19, 2001, continuing to a date uncertain but at least in or about May, 2001, in Boston, Ipswich, and elsewhere within the District of Massachusetts, the defendants

**LEO V. FELTON**
**and**
**ERICA CHASE**

did willfully conspire and agree with each other to corruptly persuade and engage in misleading conduct toward other persons with intent to cause other persons to alter, destroy, mutilate and conceal objects of evidence with intent to impair the integrity and availability of the objects of evidence for use in official proceedings, which constitutes a violation of Title 18, United States Code, Section 1512(b)(2)(B).

**OVERT ACTS**

20.   In furtherance of the conspiracy and to accomplish its objectives, the defendants committed, among others, the following overt acts within the District of Massachusetts:

(a)   After defendants LEO V. FELTON and ERICA CHASE were arrested in East Boston, on April 19, 2001, FELTON telephoned his wife in Ipswich from the police station in East

14

Boston and instructed her to remove the hard drive of the computer in the apartment in Ipswich.

(b) On or about April 19, 2001, the wife of defendant LEO V. FELTON removed the computer from the Ipswich apartment and smashed it with a sledge hammer.

(c) On or about April 20, 2001, from the Nashua Street Jail, defendant ERICA CHASE telephoned a friend and persuaded her to go to the apartment at Salem Street in Boston and remove and dispose of certain items, including the brown bag containing ammonium nitrate, wirings, software, folders containing uncut counterfeit currency, and flags, and to remove and conceal a handgun and ammunition.

(d) On or April 21, 2001, the friend of defendant ERICA CHASE went to the apartment at Salem Street in Boston and removed and disposed of the 50 lb. bag of ammonium nitrate, the wirings, software, and the uncut counterfeit money, and removed and kept in her possession the handgun and ammunition.

(e) On or about April 22, 2001, the friend of defendant ERICA CHASE visited her at the Nashua street Jail and informed her that CHASE's request had been carried out.  CHASE asked her friend to visit defendant LEO V. FELTON, who was also being held at Nashua Street Jail, to let him know as well.

All in violation of Title 18, United States Code, Section 371.

**COUNT NINE** - 18 U.S.C. § 1512(b)(2)(B) - OBSTRUCTION OF JUSTICE

The Grand Jury further charges that:

21.  The allegations of Paragraphs 1 through 20 are realleged and incorporated herein.

22.  On or about April 19, 2001, in Boston and Ipswich within the District of Massachusetts, the defendant

**LEO V. FELTON**

knowingly attempted to, and did, corruptly persuade his wife with intent to cause and induce her to destroy, mutilate and conceal an object of evidence, that is, the hard drive of the computer in the Ipswich apartment, with intent to impair the integrity and availability of this evidence for use in a United States grand jury and in other official proceedings.

All in violation of Title 18, United States Code, Section 1512(b)(2)(B).

16

**COUNT TEN** - 18 U.S.C. § 1512(b)(2)(B) - **OBSTRUCTION OF JUSTICE**

The Grand Jury further charges that:

23.   The allegations of Paragraphs 1 through 20 are realleged and incorporated herein.

24.   On or about April 20, 2001, in Boston and Needham within the District of Massachusetts, the defendant

**ERICA CHASE**

knowingly attempted to, and did, corruptly persuade her friend with intent to cause and induce her friend to destroy, mutilate and conceal objects of evidence, that is, a 50 lb. bag of ammonium nitrate, the wirings from a coffee maker, software used to make counterfeit money, uncut counterfeit money, and a handgun and ammunition, with intent to impair the integrity and availability of this evidence for use in a United States grand jury and in other official proceedings.


All in violation of Title 18, United States Code, Section 1512(b)(2)(B).

17

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; June 20, 2001.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2:25pm