IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 01-10198-NG |
| | ) |
| v. | ) |
| | ) |
| LEO V. FELTON | ) |
| ERICA CHASE | ) |

### GOVERNMENT'S MOTION TO SUBSTITUTE ORIGINAL AFFIDAVIT

The United States hereby requests leave to substitute the original affidavit signed by Lisa Felton, a faxed copy of which was appended as Exhibit 6 to the Government's Consolidated Opposition to Defendants' Motions to Suppress, filed on February 22, 2001.

The government was unable to obtain the original in time for the filing date.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
S. THEODORE MERRITT
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 27th day of February, 2002.

_____
S. THEODORE MERRITT
ASSISTANT UNITED STATES ATTORNEY

## AFFIDAVIT

I, Lisa Meetre Felton, do hereby depose and state:

1. Although I am in the process of getting a divorce, I married Leo Felton in 1993. Upon his release from prison in January, 2001, he came to reside with me in Apt. 161 at 101 Colonial Drive, Ipswich, MA.

2. In the beginning of April, 2001, Leo Felton moved out many of his belongings and went to live in an apartment somewhere in Boston.

3. On or about April 19, 2001, Leo Felton called me, told me that he had been arrested for counterfeiting, and told me to get rid of the computer in the Ipswich apartment on which I knew he had made counterfeit currency.

4. Pursuant to Leo Felton's instructions, I destroyed the hard drive of the computer with a sledge-hammer.

5. On April 23, 2001, federal agents came to the door of my apartment and identified themselves. I was told that a package had been delivered to the apartment complex, addressed to my apartment, that was marked that it contained explosives. I told them that I did not want the package. The agents requested to come inside. I asked if I had to let them in and was told no. I was then told that they would attempt to obtain a search warrant and come back and that if any explosives were found, I could be arrested.

6. After I called my priest, who is also my spiritual advisor,

I decided to let the agents come in and search the apartment. I believed that it was in my best interests to cooperate with the investigators because I knew that Leo Felton had done illegal things and because I had also destroyed the computer on his instructions.

7. I read and signed a consent to search form permitting the agents to search for any evidence, including letters and papers, related to counterfeiting or bomb-making. I understood that I had the right to refuse consent and insist on a search warrant. However, I knowingly and voluntarily consented to let the agents conduct the search without any threats or promises of any kind. I understood what was going on and the rights that I had. As I recall, the agents took only some resume paper and the pieces of the computer I had smashed, which I showed them in the trunk of my car.

8. On April 23, 2001, I also waived my rights as explained to me to remain silent and to consult with counsel and gave two signed statements, as well as an interview.

9. Subsequently, I retained an attorney, Wayne Murphy, to represent me. On June 20, 2001, I signed a cooperation agreement with the U.S. Attorney's Office which provided that in return for my cooperation and truthful testimony, such testimony would not be used against me directly or indirectly. As part of the agreement, I was also required, upon request of the government,

to furnish all documents and objects in my custody, control or possession which were relevant to the government's inquiries.

10. On June 28, 2001, in an arranged meeting with my attorney and federal agents at my apartment, I voluntarily consented to have agents search my apartment in Ipswich for any evidence that was deemed relevant to the investigation by the agents. I gave this consent knowingly and voluntarily after full consultation with my attorney and consistent with my cooperation agreement.

                                                        */s/ Lisa Meetre*
                                                        Lisa Meetre Felton

Signed under the pains and penalties of perjury this 21 day of February, 2002.