UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 01-10198 NG

UNITED STATES OF AMERICA

v.

LEO FELTON and ERICA CHASE

**SUPPLEMENTAL TO THE MOTION *IN LIMINE* REGARDING THE PROPOSED TESTIMONY OF THOMAS J. SMITH**

The defendant, LEO FELTON, supplements his original filing, <u>DEFENDANT FELTON'S MOTION *IN LIMINE* REGARDING THE PROPOSED TESTIMONY OF THOMAS J. SMITH WITH INCORPORATED MEMORANDUM OF LAW</u>, with a copy of the report of Thomas J. Smith, attached herewith.

Respectfully submitted,
LEO FELTON
By his attorney

*Lenore Glaser*
Lenore Glaser, Esq.
Stern, Shapiro, Weissberg & Garin
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 742-5800
BBO#: 194220

Dated: July 1, 2002

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, certify that a true copy of this document was mailed first class to S. Theodore Merritt, Esq., Assistant U.S. Attorney, U.S. District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to Timothy Watkins, Esq., Federal Defender's Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210 on July 1, 2002. _____
Lenore Glaser, Esq.

May 17, 2002
Case No.: J-102-735-59297-S

TO WHOM IT MAY CONCERN:

A detailed examination and comparison of the questioned and known exhibits (copies attached) in the above-referenced case has revealed excellent agreement in all details of the writing that are important for identification; and there are no differences beyond the writer's normal range of variation. Some of the features considered during this examination included letter formation, size of the letters, slant of the writing, the beginning and ending strokes of the letters, the spacing between letters and words, alignment, pen pressure, pen lifts, and the height ratio between letters. These features differ with every writer in various degrees. The basis of identification is not one or two of these features but a combination of all of them. As a result of a collective consideration of all of the submitted documents, I concluded that Leo Felton (S-1) wrote the questioned material that appears on Exhibit Q-1 through Q-3 (FSD Handwriting Report dated 5/2/01); and the questioned material that appears on Exhibit Q-1 and Q-2 (FSD Handwriting Report dated 6/4/01).

All of the procedures used by the U. S. Secret Service Forensic Services Division are based on accepted forensic practices and methodologies.

Attached is a definitive list of opinions used by this laboratory and a curriculum vitae.

Thomas J. Smith
Examiner of Questioned Documents
U. S. Secret Service
Forensic Services Division