IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CR. NO. 01-10198-NG
)
LEO V. FELTON, ET AL. )
)
Defendant )

FILED
Clerk's Office
USDC, Mass.
Date 7/12/02
By _____
Deputy Clerk

**GOVERNMENT'S EXHIBIT LIST**

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| 1 | $390 Counterfeit Bills | | |
| 2 | Boston Police Booking Form for Leo Felton | | |
| 3 | Boston Police Booking Form for Erica Chase | | |
| 4 | Lahey Clinic Receipt | | |
| 5 | Handwritten List of McGaffigan | | |
| 6 | Iberia Model 40 semi-automatic pistol | | |
| 7 | Ammunition | | |
| 8 | Photograph of table When Gun Found in Apt. | | |
| 9 | Nashua Street Jail Visitor Records and Certificate of Business Records | | |
| 10 | Plea/cooperation Agreement of Thomas Struss | | |
| 11 | Letter from Struss to Felton 12/9/00 | | |

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| 12 | Yellow Piece of Paper with Felton Phone Numbers | | |
| 13 | .38 caliber Smith & Wesson Model 642 revolver | | |
| 14 | Ammunition | | |
| 15 A-B | Bank Surveillance Photographs | | |
| 16 | Paper with Erica Chase Phone Number | | |
| 17 | Record of Bus Ticket Transaction - All-ways Travel and Certificate of Business Records | | |
| 18 | Summary chart on telephone calls between Felton and Chase | | |
| 19 | Summary chart on telephone calls related to Thomas Struss | | |
| 20 | Coffee maker housing and box | | |
| 21 | Green rubber gloves | | |
| 22 | Firequest package | | |
| 23 A-C | Photographs of Pest Control 2000s | | |
| 24 | Adobe Photoshop Receipt | | |
| 25 | Federal Express Mail Receipt | | |
| 26 | Express Mail Receipt | | |

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| 27 | Scraps of Paper | | |
| 28 A-B | Photographs of Paper Cutters | | |
| 29 | Rental Application 4/25/01 | | |
| 30 | Certificate of non-registration in NFRT: Felton | | |
| 31 | Certificate of non-registration in NFRT: Chase | | |
| 32 | Handwritten Exemplars of Felton | | |
| 33 | Chase Credit Card - Member's Advantage and Certificate of Business Records | | |
| 34 | PC Mall Record of Transaction and Certificate of Business Records | | |
| 35 A-B | Photographs of Smashed Hard Drive | | |
| 36 | Photo Array | | |
| 37 | Main Street Bank Records and Certificate of Business Records | | |
| 38 | Lisa Felton Credit Card Records and Certificate of Business Records | | |
| 39 | Firequest Records of Sale and Certificate of Business Records | | |

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| 40 | ATF Form 4473 for purchase of Iberia Model 40 semi-automatic pistol | | |
| 41 | ATF Form 4473 for purchase of .38 caliber Smith & Wesson Model 642 revolver | | |
| 42 A-C | Three photographs of Ipswich apartment | | |

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| A | Felton Notebook (from 4/19 arrest) | | |
| B | Photographs of Hale, Chase, Niemczura | | |
| C | Rahowa Patch | | |
| D | Chase Phonebook | | |
| E | Letter to Chase from WCOTC | | |
| F | Letter to Chase from Rev. Mathis | | |
| G | Booklet: WCOTC | | |
| H | Benjamin Smith News Clippings | | |
| I | Flag with Swastika | | |
| J | Photograph of Sample Ammonium Nitrate Bag | | |
| K | Excerpt of letter from Chase to McGaffigan 5/27/01 | | |
| L | Photograph of Indentation of Demand Note | | |
| M | Mailbox Unlimited Rental Receipt for John Giadinni | | |
| N | Record of Catalogue Ordered Fargo Electronics and Certificate of Business Records | | |
| O | Book: Workbench Silencers | | |
| P | Book: Home Workshop for Guns | | |

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| Q | Price List for Gun Books | | |
| R | Framed Photograph of Felton Holding Gun | | |
| S | Blue Notebook with Anfo Recipe | | |
| T | Book: Improvished Munitions | | |
| U | Book: Chemistry of Powder & Explosives | | |
| V | Book: Wide Open to Terrorism | | |
| W | Holocaust Museum Passport | | |
| X | Reid Letter to Felton 2/23/01 | | |
| Y | New Clippings re: Holocaust Memorial | | |
| Z | Handwritten Sketches and Outline | | |
| AA | Book: Scram | | |
| BB | Book: Document Fraud | | |
| CC | Book: Reborn in USA | | |
| DD | Handwritten Notes on Identities | | |
| EE | Book: Silent Death | | |
| FF | Drawing of Robert Matthews | | |
| GG | White Order of Thule Membership Materials | | |
| HH | WOT Application for Dellinger | | |

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| II | Yellow Piece of Paper with Order Names | | |
| JJ | Thule Declaration of War | | |
| KK | Envelope with Carjacking Information | | |
| LL | Paper with Dimunguia Phone Number | | |
| MM | Speeding Ticket to Erica Chase | | |
| NN | Shipping Receipt from Delta for Silent Death | | |
| OO | Shipping Receipts from Loompanics 1/15 and 3/29/01 | | |
| PP | Agway Purchase Records and Certificate of Business Records | | |
| QQ | Letter: Felton to Chase 5/21/00 | | |
| RR | Letter: Felton to Chase 7/3/00 | | |
| SS | Letter: Felton to Chase 7/5/00 | | |
| TT | Letter: Felton to Chase 7/19/00 | | |
| UU | Letter: Felton to Chase 7/29/00 | | |
| VV | Letter: Felton to Chase 9/26/00 | | |
| WW | Letter: Felton to Chase 10/10/00 | | |
| XX | Letter: Felton to Chase 10/14/00 | | |

| NUMBER | DESCRIPTION | ADMITTED | DATE |
|---|---|---|---|
| YY | Letter: Felton to Chase Hunting 23rd [10/27/00] | | |
| ZZ | Letter: Felton to Chase Hunting 28th [11/3/00] | | |
| AAA | Letter: Felton to Chase Fogmoon 29th [12/4/00] | | |
| BBB | Letter: Felton to Chase Snowmoon 20th [1/22/01] | | |
| CCC | Letter: Felton to Chase Morning 11th [2/12/01] | | |
| DDD | Letter: Reid to Chase 4/16/00 | | |
| EEE | Letter: Reid to Felton Ostara 3 [4/01] | | |
| FFF | Letter: Reid to Felton Ostara 13 [1/14/01] | | |
| GGG | Letter: Reid to Felton Ostara 21 [4/24/01] | | |
| HHH | Letter: Dellinger to Felton 3/11/01 | | |
| III | Letter: Dellinger to Felton [NXX17] | | |
| JJJ | Letter: Dellinger to Hammer Ostara 30th [5/3/01] | | |
| KKK | Photographs of tattoos: Leo Felton | | |
| LLL | Photographs of tattoos: Erica Chase | | |