# United States Court of Appeals
## For the First Circuit

Nos. 02-2414, 03-1089, 03-1441

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant,

v.

LEO V. FELTON; ERICA CHASE,

Defendants, Appellants/Cross-Appellees.

**JUDGMENT**

Entered: July 29, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The convictions entered by the district court are affirmed, the sentences are vacated, and the case is remanded for reinstatement of the conviction of each defendant under section 924(c)(1)(A) and for re-sentencing of each defendant on all counts of conviction applicable to that defendant.

By the Court:

RICHARD                    DONOVAN

_____
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Nancy Gertner and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Merritt, Ms. Schulman, Mr. Sullivan, Ms. Chaitowitz, Mr. Watkins, & Ms. Glaser.]