US District Court
District of Massachusetts

US
v.
Felton and Chase

#01-CR-10198

## MOTION FOR RECONSIDERATION

On 12.4.08 you denied my Motion to Amend/Korrect Judgment and Commitment Order, upon the request of the government. Because of when the mail went out last week it is not possible for you to have received my Response to Government's Opposition to this motion prior to issuing your ruling, and for this reason I would hereby respectfully request that you reconsider the ruling, in light of the reasons stated in my Response.

Respectfully submitted,

Leo V. Oladimu
formerly known as Leo V. Felton

Dated: 12.8.08