BP-A0304
JAN 17

**DISCIPLINE HEARING OFFICER REPORT**

**U.S. DEPARTMENT OF JUSTICE** — **FEDERAL BUREAU PRISONS**

| NAME OF INMATE: | REG. NO.: | HEARING DATE: |
|---|---|---|
| OLADIMU, LEO | 23663-038 | 04-22-2019 |

2. THE FOLLOWING PERSONS WERE CALLED AS WITNESS AT THIS HEARING AND APPEARED (EACH WITNESS NAME AND STATEMENT LISTED BELOW): **N/A**

3. THE FOLLOWING PERSONS REQUESTED WERE NOT CALLED FOR THE REASON(S) GIVEN (EACH WITNESS NAME AND STATEMENT LISTED BELOW): C. BLUNT, CCC. THE DHO DID NOT CALL CCC BLUNT TO BE YOUR STAFF REPRESENTATIVE. YOU TOLD THE DHO, "A LIEUTENANT NEVER SERVED ME THE SHOT." YOU REQUESTED THAT CCC BLUNT REVIEW THE CAMERA TO SUPPORT YOUR CLAIM. THE DHO DENIED YOUR REQUEST AND EXPLAINED TO YOU THAT HAVING CCC BLUNT REVIEW THE CAMERA TO DETERMINE WHETHER OR NOT A LIEUTENANT SERVED YOU THE REPORT WAS TANTAMOUNT TO CCC BLUNT CONDUCTING A STAFF INVESTIGATION. THE DHO INFORMED THAT CCC BLUNT WAS NOT MANDATED NOR AUTHORIZED TO CONDUCT ANY INVESTIGATIONS INVOLVING STAFF. THE DHO INFORMED YOU THAT YOU WERE CLAIMING STAFF MISCONDUCT AND THAT THE DHO WAS OBLIGATED TO REPORT IT TO THE PROPER AUTHORITIES. ADDITIONALLY, YOU TOLD THE DHO THAT YOU WERE SERVED A COPY OF THE REPORT DURING YOUR UDC HEARING BY CCC HIXENBAUGH. THE DHO INFORMED YOU THAT AS LONG AS YOU WERE IN POSSESSION OF A COPY OF THE INCIDENT REPORT 24-HOURS PRIOR TO THE DHO HEARING THEN YOUR INMATE RIGHTS AT A DISCIPLINE HEARING WERE UPHELD. YOU STATED, "I DON'T NEED A STAFF REP FOR ANYTHING ELSE, JUST THE CAMERA REVIEW."

4. UNAVAILABLE WITNESSES WERE REQUESTED TO SUBMIT WRITTEN STATEMENTS AND THOSE STATEMENTS RECEIVED WERE CONSIDERED (EACH WITNESS NAME AND STATEMENT LISTED BELOW).
N/A

D. DOCUMENTARY EVIDENCE: IN ADDITION TO THE INCIDENT REPORT AND INVESTIGATION, THE DHO CONSIDERED THE FOLLOWING DOCUMENTS:
MEMORANDUM DATED 04-06-2019 FROM LT. D. DELOACH
MEMORANDUM DATED 04-06-2019 FROM S.O. K. WATSON
CLINICAL ENCOUNTER DATED 04-06-2019 FOR I/M ████
CLINICAL ENCOUNTER DATED 04-06-2019 FOR I/M OLADIMU #23663-038

E. CONFIDENTIAL INFORMATION WAS USED BY DHO IN SUPPORT OF HIS FINDINGS, BUT WAS NOT REVEALED TO THE INMATE. THE CONFIDENTIAL INFORMATION WAS DOCUMENTED IN A SEPARATE REPORT. THE CONFIDENTIAL INFORMATION HAS BEEN (CONFIDENTIAL INFORMANTS HAVE BEEN) DETERMINED TO BE RELIABLE BECAUSE: **N/A**.

IV. FINDINGS OF THE DHO

**X** A. THE ACT WAS COMMITTED AS CHARGED.
___ B. THE FOLLOWING ACT WAS COMMITTED:
___ C. NO PROHIBITED ACT WAS COMMITTED: EXPUNGE ACCORDING TO INMATE DISCIPLINE PS.

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (PHYSICAL EVIDENCE, OBSERVATIONS, WRITTEN DOCUMENTS, ETC.):

YOUR DUE PROCESS RIGHTS WERE REVIEWED WITH YOU BY THE DHO AT THE TIME OF THE HEARING. YOU STATED YOU UNDERSTOOD YOUR RIGHTS AND HAD NO DOCUMENTARY EVIDENCE TO PRESENT. YOU DID REQUEST A STAFF REPRESENTATIVE BUT THAT REQUEST WAS DENIED BY THE DHO. YOU DID NOT SELECT ANY WITNESSES TO ASSIST YOU. YOU INDICATED TO THE DHO YOU WERE READY TO PROCEED WITH THE HEARING.

THE DHO FINDS YOU HAVE COMMITTED THE PROHIBITED ACT OF FIGHTING, CODE 201, WHILE INCARCERATED AT FCC HAZELTON.

THE DHO BASES THIS DECISION ON THE FACTS PRESENTED IN THE BODY OF THE WRITTEN REPORT. SENIOR OFFICER SPECIALIST (SOS) M. SMALLWOOD REPORTS:

11. Description of Incident (Date: 04/06/2019   Time: 9:45 AM  Staff became aware of incident):
On April 06.2019, at approximately 9:45 a.m I Officer M. Smallwood while working as the USP SHU 5 Officer did see inmate ████ #████ and inmate Oladimu, Leo #23663-038 striking each other with closed fists to the head, and upper torso. I ordered both inmates to stop fighting and submit to hand restraints which they refused. I notified control via radio of a fight in cell 132. The inmates continued to strike one another with closed fists and I Officer Smallwood delivered one two-second burst from the MK-4. When the inmates submitted to hand restraints and I escorted inmate Oladimu to the shower for decontamination. EOR

| 13 Date And Time: |
|---|

2

BP-A0304
JAN 17

**DISCIPLINE HEARING OFFICER REPORT**

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU PRISONS**

| NAME OF INMATE: | REG. NO.: | HEARING DATE: |
|---|---|---|
| OLADIMU, LEO | 23663-038 | 04-22-2019 |

THE DHO ASKED YOU IF THE REPORT WAS TRUE. YOU TOLD THE DHO, "A LIEUTENANT NEVER SERVED ME THE SHOT. I WANT THE CAMERA REVIEWD."

THE DHO CONSIDERED YOUR DEFENSE BUT THE GREATER WEIGHT OF EVIDENCE IS GIVEN TO SOS SMALLWOOD'S WRITTEN REPORT. YOU CLAIM YOU WERE NOT SERVED THE SHOT BY A LIEUTENANT. THE DHO INFORMED YOU THAT LT. J. SHUPE INDICATED IN SECTION'S 14-16 OF INCIDENT REPORT #3242511 THAT HE SERVED THE REPORT ON 04-07-2019 AT 7:00AM. YOU REQUESTED THAT CCC BLUNT REVIEW THE CAMERAS TO SUPPORT YOUR CLAIM. THE DHO INFORMED THAT CCC BLUNT DID NOT HAVE A MANDATED TO INVESTIGATE STAFF AND THAT YOUR CLAIM WAS TANTAMOUNT TO STAFF MISCONDUCT. THE DHO DOES NOT HAVE A REASON TO DISBELIEVE LT. J. SHUPE SERVED YOU THE REPORT ON THE DATE AND AT THE APPROXIMATE TIME NOTED ON THE INCIDENT REPORT. THE DHO INFORMED YOU THAT SOS SMALLWOOD'S REPORT CLEARLY INDICATES THAT HE OBSERVED YOU AND I/M LAFONTANT STRIKING ONE ANOTHER'S HEAD AND UPPER TORSO WITH CLOSED FISTS.

I/M LAFONTANT RECEIVED A SUPERFICIAL HORIZONTAL ABRASION OVER THE RIGHT EYEBROW APPROXIMATELY 1.5CM

YOU RECEIVED 2 SUPERFICIAL ABRASIONS NOTED AT DORSAL SURFACE OF LUE.

THEREFORE, THE DHO FINDS THAT THE GREATER WEIGHT OF EVIDENCE SUPPORTS THAT YOU COMMITTED THE PROHIBITED ACT OF CODE 201, FIGHTING, AND SANCTIONED YOU ACCORDINGLY.

**VI.   SANCTION OR ACTION TAKEN (LIST EACH PROHIBITED ACT WITH RESPECTIVE SANCTIONS FOR THAT ACT):**

27 DAYS LOSS OF GOOD CONDUCT TIME
30 DAYS DISCIPLINARY SEGREGATION
180 DAYS LOSS OF EMAIL

**VII.  REASON FOR EACH SANCTION OR ACTION TAKEN:**

FIGHTING ANOTHER PERSON SERIOUSLY JEOPARDIZES THE SAFETY OF THAT PERSON AND DISRUPTS THE ORDERLY RUNNING OF THE INSTITUTION. THIS ACT ALSO CREATES A DANGEROUS ENVIRONMENT FOR RESPONDING STAFF AND COULD ULTIMATELY CREATE A MORE SERIOUS INCIDENT.

THE DHO DISALLOWED GOOD CONDUCT TIME PER YOUR SENTENCING STRUCTURE. THE DHO IMPOSED DISCIPLINARY SEGREGATION AND LOSS OF EMAIL PRIVILEGES AS PUNISHMENT FOR COMMITTING THE PROHIBITED ACT.

**VIII. APPEAL RIGHTS:**  **X**  THE INMATE HAS BEEN ADVISED OF THE FINDINGS, SPECIFIC EVIDENCE RELIED ON ACTION AND REASONS FOR THE ACTION. THE INMATE HAS BEEN ADVISED OF THE RIGHT TO APPEAL THIS ACTION WITHIN 20 CALENDAR DAYS UNDER THE ADMINISTRATIVE REMEDY PROCEDURE. A COPY OF THIS REPORT HAS BEEN GIVEN TO THE INMATE.

**IX.   DISCIPLINE HEARING OFFICER**

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|
| K. CRADDOCK | | 04-30-2019 |

DHO REPORT DELIVERED TO INMATE BY: _____
                                    SIGNATURE

D. Soyer                              5-14-19  10:00
PRINTED NAME (STAFF)                  DATE AND TIME:

3242511
4-22-19  10:52AM

PRESCRIBED BY P5270                                        REPLACES BP-A0304 OF AUG 11

3

BP-A0304
JAN 17

**DISCIPLINE HEARING OFFICER REPORT**

U.S. DEPARTMENT OF JUSTICE      FEDERAL BUREAU PRISONS

| | |
|---|---|
| INSTITUTION: FCC HAZELTON | INCIDENT REPORT NUMBER: 3242511 |
| NAME OF INMATE: OLADIMU, LEO | REG. NO.: 23663-038    UNIT: C |
| DATE OF INCIDENT REPORT: 04-06-2019 | OFFENSE CODE: 201 |
| DATE OF INCIDENT: 04-06-2019 | |
| SUMMARY OF CHARGES: FIGHTNG | |

I.    NOTICE OF CHARGE(S)

     A. ADVANCED WRITTEN NOTICE OF CHARGE (COPY OF INCIDENT REPORT) WAS GIVEN TO INMATE ON (DATE) **04-07-2019** AT (TIME) **7:00 AM** (BY STAFF MEMBER) **LT. J. SHUPE**.

     B. THE DHO HEARING WAS HELD ON (DATE) **04-22-2019** AT (TIME) **10:52 AM**.

     C. THE INMATE WAS ADVISED OF THE RIGHTS BEFORE THE DHO BY (STAFF MEMBER): **S. HIXENBAUGH, CCC** ON (DATE) **04-10-2019** AND COPY OF THE ADVISEMENT OF RIGHTS FORM IS ATTACHED.

II.    STAFF REPRESENTATIVE

     A. INMATE WAIVED RIGHT TO STAFF REPRESENTATIVE. YES **X** NO ____.

     B. INMATE REQUESTED STAFF REPRESENTATIVE AND **N/A** APPEARED.

     C. STAFF REPRESENTATIVE STATEMENT: **N/A**

     D. REQUESTED STAFF REPRESENTATIVE DECLINED OR COULD NOT APPEAR BUT INMATE WAS ADVISED OF OPTION TO POSTPONE HEARING TO OBTAIN ANOTHER STAFF REPRESENTATIVE WITH THE RESULT THAT: (NEW STAFF REPRESENTATIVE NAME) **N/A** WAS SELECTED.

     E. STAFF REPRESENTATIVE **N/A** WAS APPOINTED.

III.    PRESENTATION OF EVIDENCE

     A. INMATE ____ (ADMITS) **XX** (DENIES) ____ (NEITHER) THE CHARGE(S).

     B. SUMMARY OF INMATE STATEMENT:

INMATE OLADIMU ACKNOWLEDGE RECEIVING A COPY OF THE INCIDENT REPORT. HE STATED HE UNDERSTOOD HIS RIGHTS BEFORE THE DHO. I/M OLADIMU RAISED NO CONCERNS WITH THE DISCIPLINARY PROCESS TO THIS POINT.

THE DHO READ ALOUD SECTION 11 OF THE INCIDENT REPORT AND ASKED INMATE OLADIMU IF THE REPORT WAS TRUE. INMATE OLADIMU STATED, "A LIEUTENANT NEVER SERVED ME THE SHOT. I WANT THE CAMERA REVIEWED."

     C. WITNESSES:
     1. INMATE WAIVED RIGHT TO WITNESS. YES ____ NO **X**

1

BP-A0288
JAN 17

**U.S. DEPARTMENT OF JUSTICE**

**...CIDENT REPORT**

**FEDERAL BUREAU OF PRISONS**

## Part I - Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: FCC Hazelton | | Incident Report Number: 3242511 | |
| 2. Inmate's Name: Oladimu, Leo | 3. Register Number: 23663-038 | 4. Date of Incident: 04/06/2019 | 5. Time: 9:45 AM |
| 6. Place of Incident: USP SHU Cell | 7. Assignment: SHU UNASSG | | 8. Unit: Z-A |
| 9. Incident: Fighting with another person | | 10. Prohibited Act Code(s): 201 | |

11. Description of Incident (Date: 04/06/2019  Time: 9:45 AM  Staff became aware of incident):

On April 06,2019, at approximately 9:45 a.m I Officer M. Smallwood while working as the USP SHU 5 Officer did see inmate #[redacted] and inmate Oladimu, Leo #23663-038 striking each other with closed fists to the head, and upper torso. I ordered both inmates to stop fighting and submit to hand restraints which they refused. I notified control via radio of a fight in cell 132. The inmates continued to strike one another with closed fists and I Officer Smallwood delivered one two-second burst from the MK-4. When the inmates submitted to hand restraints and I escorted inmate Oladimu to the shower for decontamination. EOR

| 12. Typed Name/Signature of Reporting Employee: M.Smallwood/ | 13. Date And Time: 04/06/2019  10:46 AM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15. Date Incident Report Delivered: 4-7-19 | 16. Time Incident Report Delivered: 0700 |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

Never was served the Shot

18. A. It is the finding of the committee that you:
____ Committed the Prohibited Act as charged.
____ Did not Commit a Prohibited Act.
____ Committed Prohibited Act Code(s). _____

B. ✓ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ✓ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

Referred to the Dho due to Sanctions Greater than allowed at UDC Level

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

If found Guilty Recommend 55% Loss GCT    90 Days Lo Comm
                            30 Days DS     90 Days LP Visit

21. Date and Time of Action 04/10/19 1142   (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

S Huxenbah /
Chairman (Typed Name/Signature)      Member (Typed Name)      Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD                    Prescribed by P5270               Replaces BP-A0288 of AUG 11

| PART III - INVESTIGATION | 22. DATE AND TIME INVESTIGATION BEGAN |
|---|---|
| | 04-07-2019  0700 |

**23. INMATE IS ADVISED OF RIGHT TO REMAIN SILENT:** YOU ARE ADVISED OF YOUR RIGHT TO REMAIN SILENT AT ALL STAGES OF THE DISCIPLINARY PROCESS BUT ARE INFORMED THAT YOUR SILENCE MAY BE USED TO DRAW AN ADVERSE INFERENCE AGAINST YOU AT ANY STAGE OF THE INSTITUTIONAL DISCIPLINARY PROCESS. YOU ARE ALSO INFORMED THAT YOUR SILENCE ALONE MAY NOT BE USED TO SUPPORT A FINDING THAT YOU HAVE COMMITTED A PROHIBITED ACT.

THE INMATE WAS ADVISED OF THE ABOVE RIGHT BY __J. Shupe__ (DATE/TIME) __04-07-2019  0700__

**24. INMATE STATEMENT AND ATTITUDE**

Inmate OLADIMU REG No. 23663-038, was read his rights from paragraph #23, and acknowledges that he understood his rights by saying "yes". Inmate OLADIMU received a copy of this incident report. Inmate OLADIMU had no statement to make. Inmate OLADIMU had a poor attitude.

**25. OTHER FACTS ABOUT THE INCIDENT (STATEMENTS OF THOSE PERSONS PRESENT AT SCENE, DISPOSITION OF EVIDENCE, ETC.)**

All facts concerning this incident are contained in the body (paragraph #11) of this incident.
Inmate did not request any witness.

**26. INVESTIGATOR'S COMMENTS AND CONCLUSIONS**

Based on the facts of this report, I conclude inmate is correctly charged.

**27. ACTION TAKEN**

Inmate OLADIMU will remain in SHU pending UDC.

DATE AND TIME INVESTIGATION COMPLETED: 04-07-2019  0701

PRINTED NAME AND SIGNATURE OF INVESTIGATOR: __J. Shupe__
PRINTED NAME

__[signature]__
SIGNATURE

__Lieutenant__
TITLE



United States Department of Justice
Federal Bureau of Prisons
Federal CorrectionalComplexHazelton
Post Office Box 450
1640 Sky View Drive
Bruceton Mills, West Virginia 26525
(304) 379-5000

April 6, 2019

**MEMORANDUM FOR:** Eric Howell, Complex Captain

**FROM:** Devin Deloach, Lieutenant

**SUBJECT:** USP SHU Fight

On April 6, 2019, at approximately 09:45 a.m. Special Housing Unit staff called for assistance for a fight in cell 132. Specifically, staff observed inmate ▇▇▇▇▇▇ Reg. No. ▇▇▇▇ and Inmate Oladimu, Leo Reg. No. 23663-038 striking each other with closed fist to the head and upper torso area. Staff gave both inmates multiple orders to cease their actions and submit to hand restrains in which they refused. Staff then dispensed four, two-second burst of OC from the Mk4 into the cell. Both inmates then complied with staff direction and submitted to hand restrains. Both inmates were pat searched, examined with a metal detector, decontaminated, visually searched, medically assessed, photographed and placed in separate cells. No staff injuries were reported.

Inmate Data:

▇▇▇▇▇▇ Reg. No. ▇▇▇▇ is a 36 year old Black male sentenced to 96 months for Felon in Possession Of A Firearm. Inmate is a High security level inmate with IN custody status. Inmate arrived at USP Hazelton on 3-07-2019 and has a projected release date of 1-21-2022.

Oladimu, Leo Reg. No. 23663-038 is a 48 year old Black male sentenced to 262 months for Poss. Destructive Device: Felon in Possession Of A Firearm .Consp Obstruct Justice. Inmate is a High security level inmate with IN custody status. Inmate arrived at USP Hazelton on 3-21-2019 and has a projected release date of 4-14-2026. Inmate has a active Central Inmate Monitoring Assignment and no Security Threat Group Assignment





United States Department of Justice
Federal Bureau of Prisons
USP - Hazelton
Post Office Box 450
1640 Sky View Drive
Bruceton Mills, West Virginia 26525
(304) 379-5000

April 6, 2019

MEMORANDUM FOR:   USP Operations Lieutenant

FROM:             K. Watson, Senior Officer

SUBJECT:          Inmate fight in Special Housing Unit

On April 6, 2019, I was working my assigned post in USP Special Housing Unit. At approximately 9:45AM I responded to a cell fight on range 2 cell #132. I witnessed inmate's ▮▮▮▮▮ and Oladimu, Leo #23663-038 striking each other with closed fist to the head and upper torso. I gave a verbal order for the inmates to "come cuff up" with no compliance. At this time I deployed one "two" second burst from my MK-4. The inmates continued striking each other with closed fist. I waited 15 seconds and gave them another verbal command to "submit to hand restraints" with no compliance. I then deployed another "two" second burst from my MK-4. The inmates still continued to strike each other with closed fist. After another 15 seconds I gave the inmates a third verbal command to submit to hand restraints with no compliance. I then deployed a third "two" second burst from my MK-4. The inmates at this time complied and submitted to hand restraints. I then assisted in escorting inmate ▮▮▮▮▮ to the shower on range one for decontamination with no further incident.

BP-A0293          **Inmate Rights at Discipline Hearing**   CDFRM
AUG 11
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Institution: FCC Hazelton

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

   1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;

   2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;

   3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;

   4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;

   5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;

   6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,

   7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: Oladimu, Leo                     Reg. No.: 23663-038
Inmate Signature: X [signature]                 Date: 04/10/19
Notice of rights given to inmate (Date/time): 04/10/19  1142
by: S. Hixenbaugh [signature]
                  Staff Printed Name/Signature

(This form may be replicated via WP)           Replaces BP-S293(52) of JAN 88.

                                                                          1
PDF              Prescribed by P5270

BP-A0294    **Notice of Discipline Hearing Before the (DHO)** CDFRM
AUG 11
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

FCC Hazelton-USP
Institution

04/10/19
Date

TO: Oldimu, Leo                                  REG. NO.: 23663-038

ALLEGED VIOLATION(S): Fighting With Another Person

DATE OF OFFENSE: 04/06/2019                      CODE NO.: 201

You are being referred to the DHO for the above charge(s).

The hearing will be held on: _____ at _____ (A.M./P.M.) at the following location:
_____

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) ✓  (do not) ___ wish to have a staff representative.
If so, the staff representative's name is: Blunt (needs video if front of cell shot and sound)

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) ___ (do not) ✓ wish to have witnesses.

| NAME: | CAN TESTIFY TO: |
|---|---|
|  |  |
| NAME: | CAN TESTIFY TO: |
|  |  |
| NAME: | CAN TESTIFY TO: |
|  |  |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: 04/10/19    SIGNATURE: X _____

Notice of hearing before DHO given inmate 04/10/19 1K12 by X _____ S. Hutson Smith
                                         Date/Time            Staff Printed Name/Signature

(This form may be replicated via WP)                Replaces BP-294(52) of JAN 88

PDF                      Prescribed by P5270

| BP-A0307 | | |
|---|---|---|
| AUG 11 | **WAIVER OF APPEARANCE** | **U.S. DEPARTMENT OF JUSTICE**<br>**FEDERAL BUREAU OF PRISONS** |

_____
FCC Hazelton-USP
Institution

I Oladimu, Leo/ 23663-038 , have been advised of my right to appear before
Name/Register No.

the ___UDC___ on ___04/10/19___ . I do not wish to
UDC, DHO, SRO             Date

appear, and I hereby waive that right.

x _____
Inmate Signature

23663-038
Register Number

Witness: S. Hixenbaugh _____
Staff Member Printed Name/Signature

04/10/19
Date

I saw inmate _____ at _____ at
Inmate Name/Register No.                Time/Date

_____ and advised the inmate of the right to appear
Specific Location, e.g. Cell No.

before the _____ on _____ . The inmate declined
UDC, DHO, SRO              Date

to appear at the hearing, but refused to sign a Waiver of Appearance.

_____
Staff Member Printed Name/Signature

_____
Second Staff Witness Printed Name/Signature

PDF                    Prescribed by P5270              (Replaces BP-307(52) of JAN 1988.)

BP-A0306　　　　　　　　DUTIES OF STAFF REPRESENTATIVE　CDFRM
JUN 10
U.S. DEPARTMENT OF JUSTICE　　　　　　　　　　　　FEDERAL BUREAU OF PRISONS

_____
USP Hazelton
Institution

TO:　All Staff Representatives

FROM:　Warden

There may be questions as to just which part an employee takes when that employee serves as staff representative for an inmate who appears before the DHO. Generally, your role is to help the inmate present the best defense possible to the charged violations. The Warden, the DHO, the reporting officer, investigating officer, a witness to the incident, and UDC members involved in the case may not act as staff representative. If, during your representation, you encounter difficulties which you believe will prevent you from functioning properly, you should notify the DHO of this, and he will excuse you if there is a good reason to do so.

(1) You are to assist the inmate in presenting whatever information the inmate wants to present and in preparing a defense. This will require, in every case, consultations with the inmate, and familiarity with the Inmate Discipline Program Statement.

(2) You are to speak to witnesses who might furnish evidence on behalf of the inmate, if the inmate indicates there are such witnesses whom the inmate wishes to have called. You may question witnesses requested by the inmate who are called before the DHO.

(3) You should become familiar with all reports relative to the charge against the inmate. Confidential or security information must of course be protected and may not be shared with any other person, including inmates, staff, visitors, attorneys, etc. Any request for confidential information should be directed to the DHO.

(4) You should present any evidence favorable to the inmate's defense.

(5) You should present information which may assist the DHO and which may obtain a lesser sanction for the inmate. If you believe you need additional time to pursue any of the functions, you may request a delay in the hearing from the DHO, but ordinarily only after you have the concurrence of the inmate to do this.

(6) You are to help an inmate understand the charges and the potential consequences.

(7) You should be familiar with procedures at the hearing, explain them to the inmate in advance, and, if necessary during the hearing, assist the inmate in understanding procedural points.

(8) You should not be present during deliberations by the DHO. An exception would be where you have read confidential information, and want to discuss that with the DHO outside the inmate's presence. In that case, you will have to explain to the inmate, in general terms, what you are doing, and you should leave the room as soon as that function is over.

(9) If the inmate asks you to assist in writing an administrative appeal from the DHO action, you should assist the inmate in doing so.

I have read the "Duties of Staff Representative" and (agree) (do not agree) to serve as staff representative for inmate  Oladimu, Leo                         , reg. no.  23663-038
in the inmate's appearance before the DHO. I do not agree for the following reason

_____

Printed Name/Signature of Employee:  B. Blunt / Blunt　　　　　　Date: 4/10/19

Record Copy - DHO

PDF　　　　　　　　　　　　　Prescribed by P　　　　　　Replaces BP-306(52) of JAN 88